**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7618

NORMAN CUNYON, JR.,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA; CHARLES E.
HILL,

Respondents - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CA-97-654-2)

Submitted: March 11, 1999          Decided: March 16, 1999

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Norman Cunyon, Jr., Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norman Cunyon, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). This petition was properly construed as arising under 28 U.S.C.A. § 2254 by the district court. See Preiser v. Rodriquez, 411 U.S. 475, 497 (1973) (challenge of the withdrawal of good time credits falls squarely within the scope of 28 U.S.C. § 2254). Cunyon previously filed a 28 U.S.C. § 2254 petition in 1990 which was denied. See Cunyon v. Allsbrook, No. C-90-23-G (M.D.N.C. May 31, 1991). Thus, the present petition is successive, relates to facts known at the time of the prior petition, and Cunyon failed to receive authorization from the Court to file this successive petition, nor would it be one authorized under 28 U.S.C.A. § 2244 (West 1994 & Supp. 1998). Moreover, Cunyon has failed to establish either prong of 28 U.S.C. § 2254(d). Accordingly, we deny a certificate of appealability and dismiss the appeal on this basis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2